# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CAROLINA DIAZ,

    Plaintiff(s),

v.

G. DAVID RICHARDSON, et al.,

    Defendant(s).

Case No.: 2:17-cv-02246-JCM-VCF

**Order**

[Docket No. 29]

An early neutral evaluation is currently set for June 26, 2019. Docket No. 27. Pending before the Court is a stipulation to continue the early neutral evaluation to sometime after September 9, 2019. Docket No. 29. The Court is not inclined to grant that relief, as an early neutral evaluation is supposed to occur at the early stages of a case. *See* Local Rule 16-6(d). While it is clear from the stipulation that Plaintiff will be out of the country on June 26, 2019, it is not clear whether she is also attempting to show that she is unable to attend the early neutral evaluation on a date prior to her departure.[1]

Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part. The Court **VACATES** the early neutral evaluation scheduled for June 26, 2019. The parties shall file, by May 23, 2019, an amended stipulation identifying whether all required participants are available

---

[1] The Court is certainly mindful of medical limitations, but the limitation identified in the stipulation does not appear to impact the ability to attend an early neutral evaluation. To the extent Plaintiff believes it does preclude her attendance, she may so explain in the amended stipulation.

1

for an early neutral evaluation to occur at (1) 1:30 p.m. on June 3, 2019; (2) 1:30 p.m. on June 4, 2019; (3) 9:30 a.m. on June 17, 2019; and/or (4) 9:30 a.m. on June 20, 2019.[2]

IT IS SO ORDERED.

Dated: May 22, 2019

                                                                     _____
                                                                     Nancy J. Koppe
                                                                     United States Magistrate Judge

---

[2] If all required participants are available on more than one of these dates and times, the stipulation shall identify all of those dates and times.

2