UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLINA DIAZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>G. DAVID RICHARDSON, et al.,<br><br>    Defendant(s). | Case No.: 2:17-cv-02246-JCM-VCF<br><br>**Order** |

An early neutral evaluation is currently set for June 17, 2019. *See* Docket No. 33. An evaluating magistrate judge may *sua sponte* exempt a case from the early neutral evaluation process. Local Rule 16-6(c). Having reviewed the parties' settlement statements and in light of their competing representations regarding their respective settlement positions, holding an early neutral evaluation in this case would be futile. Accordingly, the early neutral evaluation is **VACATED** and this case returns to the normal litigation track.

IT IS SO ORDERED.

Dated: June 10, 2019

                                                                   Nancy J. Koppe
                                                                   United States Magistrate Judge