MAY BROCK LAW GROUP
MICHEAL J. BROCK, ESQ.
Nevada Bar No. 009353
1850 E. Sahara Avenue, Suite 206
Las Vegas, Nevada 89104
Telephone: (702) 408-7195
Email: mbrock@maybrocklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLINA DIAZ, </br></br> Plaintiff. </br></br> v. </br></br> G. DAVID RICHARDSON; OCTAFORM, INC.; OCTAFORM SYSTEMS, INC., DOES I through X; and ROE CORPORATIONS I through X, </br></br> Defendants. | CASE NO.: 2:17-cv-02246-JCM-VCF </br></br> **STIPULATION AND ORDER CHANGING DATE AND TIME OF HEARING ON PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE AND DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER** </br> **[FIRST REQUEST]** |

IT IS HEREBY STIPULATED by and between, Plaintiff CAROLINA DIAZ and Defendant G. DAVID RICHARDSON; OCTAFORM, INC.; OCTAFORM SYSTEMS, INC., by and through their respective counsel of record, that due to a scheduling conflict for Plaintiff's counsel, the hearing on Plaintiff's Motion to Extend Discovery Deadline and Defendants' Emergency Motion for Protective Order, currently set for January 21, 2020 at 2:00 p.m. be continued to January 28, 2020 at 2:00 p.m.

///

///

///

///

*STIPULATION REQUEST FOR ORDER CHANGING DATE AND TIME OF HEARING*

- 1 -

or a convenient date thereafter.

Respectfully submitted,

| **HOWARD & HOWARD ATTORNEYS PLLC** | **MAY BROCK LAW GROUP** |
|---|---|
| DATED: January 13th, 2020 | DATED: January 13th, 2020 |
| By: /s/ Jonathan W. Fountain<br>W. West Allen, Esq.<br>Robert L. Rosenthal, Esq.<br>Jonathan W. Fountain, Esq.<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br>Telephone: (702) 257-1483<br>Email: wwa@h2law.com<br>Email: rr@h2law.com<br>Email: jwf@h2law.com<br><br>*Attorneys for Defendants* | By: /s/ Micheal Brock<br>Micheal Brock, Esq.<br>1850 E. Sahara Avenue, Suite 206<br>Las Vegas, Nevada 89104<br>Telephone: (702) 408-7195<br>Email: mbrock@maybrocklaw.com<br><br>*Attorneys for Plaintiff*<br>*Carolina Diaz* |

# ORDER

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

The hearing on Plaintiff's Motion to Extend Discovery Deadline and Defendants' Emergency Motion for Protective Order, currently scheduled for January 21, 2020 shall be rescheduled to January 28, 2020 at 3:00 p.m. in Courtroom 3B of the above-entitled court, and, before Magistrate Judge.

IT IS SO ORDERED.

Dated: January 14, 2020

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil procedure 5(b), I hereby certify that I am an employee of the May Brock Law Group and that on this 14th day of January, 2020, I served a true and correct copy of the foregoing, **STIPULATION AND ORDER CHANGING DATE AND TIME OF HEARING ON PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE AND DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER (FIRST REQUEST)**, via the Court's CM/ECF System, which sent electronic notice of the same to all CM/ECF participants, including the following:

| ATTORNEY/PARTIES | PHONE/FAX/EMAIL |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants* | Telephone: (702) 257-1483<br>Email: wwa@h2law.com<br>rr@h2law.com<br>jwf@h2law.com |

　　　　　　　　　　　　*/s/Kimberly Langstaff*
An employee or agent of MAY BROCK LAW GROUP